IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WESLEY PEDEN,

     Plaintiff,                             2:12-cv-1994 CKD PS

    vs.

MICHAEL J. ASTRUE,                      <u>ORDER</u>
Commissioner of Social Security,

     Defendant.

_____/

     The undersigned hereby recuses herself from this action pursuant to 28 U.S.C. § 455 (b)(3). Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly refer this case to another magistrate judge for any further proceedings which may be appropriate or required. All dates set in the above-entitled action before the undersigned are hereby vacated.

  Dated: August 3, 2012

                                                  _____
                                                CAROLYN K. DELANEY
                                                UNITED STATES MAGISTRATE JUDGE

4
peden.rec