1

2

3

4

5

6

7

8        **IN THE UNITED STATES DISTRICT COURT**

9        **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    WESLEY ELVIS PEDEN,                    No. 2:12-CV-01994-CMK  PS

12                Plaintiff,

13          vs.                                      <u>ORDER</u>

14    COMMISSIONER OF SOCIAL
       SECURITY,
15
                  Defendant.
16    _____/

17                Plaintiff, who is proceeding *n propria persona*, brings this action for judicial

18    review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).

19                 On October 9, 2012, the court granted plaintiff's motion for leave to proceed in

20    forma pauperis.  That order required plaintiff to submit to the United States Marshal, within 15

21    days of the date of service of the order, a completed summons and copies of the complaint, and

22    file a statement with the court that said documents have been submitted.  Plaintiff was warned

23    that failure to comply may result in dismissal of this action for lack of prosecution and failure to

24    comply with court rules and orders.  <u>See</u> Local Rule 110.  More than 15 days have elapsed and

25    plaintiff has not complied with the order by filing a statement informing the court that the

26    necessary documents were submitted to the United State Marshal for service.

                                              1

1    Plaintiff shall show cause, in writing, within 30 days of the date of this order, why

2  this action should not be dismissed for failure to submit service documents to the United States

3  Marshall.  Plaintiff is again warned that failure to respond to this order may result in dismissal of

4  the action for the reasons outlined above, as well as for failure to prosecute and comply with

5  court rules and orders.  See id.

6    IT IS SO ORDERED.

7

8  DATED:  January 11, 2013

9

10  CRAIG M. KELLISON
    UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26